IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

NOV 17 2000

MARY E. D'ANDREA, CLERK
Per _____

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL ) <br> FRAMPOVICZ, t/a FAR AWAY SPRINGS, ) <br> Of RD #2, Box 4418 ) <br> Jonestown, Pennsylvania 17038 ) <br>  ) <br>  ) <br>             Vs. ) <br>  ) <br>  ) <br> UNION TOWNSHIP ) <br> Municipal Building ) <br> RD #1 ) <br> Jonestown, Pennsylvania 17038 ) <br>  ) <br> UNION TOWNSHIP BOARD OF SUPERVISORS ) <br> Municipal Building ) <br> RD #1, Box 1940 ) <br> Jonestown, Pennsylvania 17038 ) <br>  ) <br> SUPERVISOR BARRY L. SWANGER ) <br> UNION TOWNSHIP BOARD OF SUPERVISORS ) <br> Municipal Building ) <br> RD #1, Box 1940 ) <br> Jonestown, Pennsylvania 17038 ) <br>  ) <br> SUPERVISOR KENNETH A. KINDT ) <br> UNION TOWNSHIP BOARD OF SUPERVISORS ) <br> Municipal Building ) <br> RD #1, Box 1940 ) <br> Jonestown, Pennsylvania 17038 ) <br>  ) <br> SUPERVISOR DAVID A. CARBAUGH ) <br> UNION TOWNSHIP BOARD OF SUPERVISORS ) <br> Municipal Building ) <br> RD #1, Box 1940 ) <br> Jonestown, Pennsylvania 17038 ) <br>  ) <br>  ) <br>  ) | CIVIL ACTION NO. 00-1750 |

- 1

220 STALLION LN.
SCHWENKSVILLE, PA
19473

```
ZONING OFFICER DONALD TSHUDY      )
Municipal Building                )
RD #1                             )
Jonestown, Pennsylvania 17038     )
                                  )
ZONING OFFICER WILSON JONES       )
Municipal Building                )
RD #1                             )
Jonestown, Pennsylvania 17038     )
                                  )
DAVID MILLER/ASSOCIATES, INC.     )
1976 Cenerville Road              )
Lancaster, PA 17601               )
```

## ACKNOWLEDGMENT OF RECEIPT OF
## SUMMONS AND COMPLAINT

I, Barry Lee Swanger declare, under penalty of perjury, that I am the below named defendant or I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

_____
Supervisor Barry L. Swanger

Nov. 8, 2000
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS, Of RD #2, Box 4418 Jonestown, Pennsylvania 17038 <br><br> Vs. <br><br> UNION TOWNSHIP <br> Municipal Building <br> RD #1 <br> Jonestown, Pennsylvania 17038 <br><br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 <br><br> SUPERVISOR BARRY L. SWANGER <br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 <br><br> SUPERVISOR KENNETH A. KINDT <br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 <br><br> SUPERVISOR DAVID A. CARBAUGH <br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 | FILED <br> HARRISBURG, PA <br><br> NOV 17 2000 <br><br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy <br><br><br> CIVIL ACTION NO. 00-1750 |

- 1

220 STALLION LN.
SCHWENKSVILLE, PA
19473

```
ZONING OFFICER DONALD TSHUDY      )
Municipal Building                )
RD #1                             )
Jonestown, Pennsylvania 17038     )
                                  )
ZONING OFFICER WILSON JONES       )
Municipal Building                )
RD #1                             )
Jonestown, Pennsylvania 17038     )
                                  )
DAVID MILLER/ASSOCIATES, INC.     )
1976 Cenerville Road              )
Lancaster, PA 17601               )
```

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I, **DONALD TSHUDY**, declare, under penalty of perjury, that I am the below named defendant or I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

*/s/ Donald Tshudy*

Donald Tshudy

**8 Nov 00**

Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS, Of RD #2, Box 4418 Jonestown, Pennsylvania 17038 <br><br> Vs. <br><br> UNION TOWNSHIP <br> Municipal Building <br> RD #1 <br> Jonestown, Pennsylvania 17038 <br><br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 <br><br> SUPERVISOR BARRY L. SWANGER <br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 <br><br> SUPERVISOR KENNETH A. KINDT <br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 <br><br> SUPERVISOR DAVID A. CARBAUGH <br> UNION TOWNSHIP BOARD OF SUPERVISORS <br> Municipal Building <br> RD #1, Box 1940 <br> Jonestown, Pennsylvania 17038 | FILED <br> HARRISBURG, PA <br><br> NOV 17 2000 <br><br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy Clerk <br><br><br><br> CIVIL ACTION NO. 00-1750 |

- 1

220 STALLION LN.
SCHWENKSVILLE, PA
19473

```
ZONING OFFICER DONALD TSHUDY        )
Municipal Building                   )
RD #1                                )
Jonestown, Pennsylvania 17038        )
                                     )
ZONING OFFICER WILSON JONES          )
Municipal Building                   )
RD #1                                )
Jonestown, Pennsylvania 17038        )
                                     )
DAVID MILLER/ASSOCIATES, INC.        )
1976 Cenerville Road                 )
Lancaster, PA 17601                  )
```

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I, Kenneth Kindt    declare, under penalty of perjury, that I am the below named defendant or I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

_Kenneth Kindt_
Supervisor Kenneth Kindt

_Nov. 8, 2000_
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS, Of RD #2, Box 4418 Jonestown, Pennsylvania 17038 | FILED HARRISBURG, PA NOV 17 2000 MARY E. D'ANDREA, CLERK |
| Vs. | |
| UNION TOWNSHIP Municipal Building RD #1 Jonestown, Pennsylvania 17038 | CIVIL ACTION NO. 00-1750 |
| UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 | |
| SUPERVISOR BARRY L. SWANGER UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 | |
| SUPERVISOR KENNETH A. KINDT UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 | |
| SUPERVISOR DAVID A. CARBAUGH UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 | |

- 1

220 STALLION LN.
SCHWENKSVILLE, PA
19473

ZONING OFFICER DONALD TSHUDY   )
Municipal Building              )
RD #1                           )
Jonestown, Pennsylvania 17038   )
                                )
ZONING OFFICER WILSON JONES     )
Municipal Building              )
RD #1                           )
Jonestown, Pennsylvania 17038   )
                                )
DAVID MILLER/ASSOCIATES, INC.   )
1976 Cenerville Road            )
Lancaster, PA 17601             )

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I, David A. Carbaugh   declare, under penalty of perjury, that I am the below named defendant or I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

*David A Carbaugh*
Supervisor David Carbaugh

8 Nov 00
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS, Of RD #2, Box 4418 Jonestown, Pennsylvania 17038 )<br><br>Vs.<br><br>UNION TOWNSHIP<br>Municipal Building<br>RD #1<br>Jonestown, Pennsylvania 17038<br><br>UNION TOWNSHIP BOARD OF SUPERVISORS<br>Municipal Building<br>RD #1, Box 1940<br>Jonestown, Pennsylvania 17038<br><br>SUPERVISOR BARRY L. SWANGER<br>UNION TOWNSHIP BOARD OF SUPERVISORS<br>Municipal Building<br>RD #1, Box 1940<br>Jonestown, Pennsylvania 17038<br><br>SUPERVISOR KENNETH A. KINDT<br>UNION TOWNSHIP BOARD OF SUPERVISORS<br>Municipal Building<br>RD #1, Box 1940<br>Jonestown, Pennsylvania 17038<br><br>SUPERVISOR DAVID A. CARBAUGH<br>UNION TOWNSHIP BOARD OF SUPERVISORS<br>Municipal Building<br>RD #1, Box 1940<br>Jonestown, Pennsylvania 17038 | FILED<br>HARRISBURG, PA<br><br>NOV 17 2000<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk<br><br>CIVIL ACTION NO. 00-1750 |

- 1

220 STALLION LN.
SCHWENKSVILLE, PA
19473

```
ZONING OFFICER DONALD TSHUDY        )
Municipal Building                  )
RD #1                               )
Jonestown, Pennsylvania 17038       )
                                    )
ZONING OFFICER WILSON JONES         )
Municipal Building                  )
RD #1                               )
Jonestown, Pennsylvania 17038       )
                                    )
DAVID MILLER/ASSOCIATES, INC.       )
1976 Cenerville Road                )
Lancaster, PA 17601                 )
```

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I, _____ declare, under penalty of perjury, that I am the duly authorized agent of the named defendant and that I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

_____
Union Township Board of Supervisors

Nov. 8, 2000
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS, Of RD #2, Box 4418 Jonestown, Pennsylvania 17038 )))))) | FILED HARRISBURG, PA NOV 1 7 2000 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Vs. ))) | |
| UNION TOWNSHIP Municipal Building RD #1 Jonestown, Pennsylvania 17038 )))))) | CIVIL ACTION NO. 00-1750  J. Caldwell |
| UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 )))))) | |
| SUPERVISOR BARRY L. SWANGER UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 ))))))) | |
| SUPERVISOR KENNETH A. KINDT UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 ))))))) | |
| SUPERVISOR DAVID A. CARBAUGH UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 ))))))))))) | |

- 1

220 STALLION LN.
SCHWENKSVILLE, PA
19473

```
ZONING OFFICER DONALD TSHUDY      )
Municipal Building                )
RD #1                             )
Jonestown, Pennsylvania 17038     )
                                  )
ZONING OFFICER WILSON JONES       )
Municipal Building                )
RD #1                             )
Jonestown, Pennsylvania 17038     )
                                  )
DAVID MILLER/ASSOCIATES, INC.     )
1976 Cenerville Road              )
Lancaster, PA 17601               )
```

## ACKNOWLEDGMENT OF RECEIPT OF
## SUMMONS AND COMPLAINT

I, _Wilson Jones_ declare, under penalty of perjury, that I am the below named defendant or I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

_____
Wilson Jones

_Nov. 9, 2000_
Date