

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FROMPOVICZ, t/a FAR AWAY SPRINGS, <br> Plaintiffs <br> v. <br> UNION TOWNSHIP, UNION TOWNSHIP BOARD OF SUPERVISORS, SUPERVISOR BARRY L. SWANGER, SUPERVISOR KENNETH A. KINDT, SUPERVISOR DAVID A CARBAUGH, ZONING OFFICER DONALD TSHUDY, ZONING OFFICER WILSON JONES, and DAVID MILLER/ ASSOCIATES, INC., <br> Defendants | NO. 1:CV00-1750 <br><br> JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Union Township, Union Township Board of Supervisors, Supervisor Barry L. Swanger, Supervisor Kenneth A. Kindt, Supervisor David A. Carbaugh, Zoning Officer Donald Tshudy, and Zoning Officer Wilson Jones, only, in the above-captioned matter.

Respectfully submitted,

LAVERY, FAHERTY,
YOUNG & PATTERSON, P.C.

Date: 11/22/00

By: _____
Frank J. Lavery, Jr., Esquire
Attorney I.D. #42370
P.O. Box 1245
Harrisburg, PA 17108-1245/(717) 233-6633
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Kelly Ann Guyer, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 22nd day of November, 2000, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Teri B. Himebaugh, Esquire
220 Stallion Lane
Schwenksville, PA   19473


_____
Kelly Ann Guyer