

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FROMPOVICZ, t/a FAR AWAY SPRINGS, Plaintiffs | : : : : | NO. 1:CV00-1750 |
| v. | : : | |
| UNION TOWNSHIP, UNION TOWNSHIP BOARD OF SUPERVISORS, SUPERVISOR BARRY L. SWANGER, SUPERVISOR KENNETH A. KINDT, SUPERVISOR DAVID A CARBAUGH, ZONING OFFICER DONALD TSHUDY, ZONING OFFICER WILSON JONES, and DAVID MILLER/ ASSOCIATES, INC., Defendants | : : : : : : : : : | JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT

Defendants, Union Township, Union Township Board of Supervisors, Supervisor Barry L. Swanger, Supervisor Kenneth A. Kindt, Supervisor David A. Carbaugh, Zoning Officer Donald Tshudy, and Zoning Officer Wilson Jones, by and through their authorized counsel, Lavery, Faherty, Young & Patterson, P.C., hereby file this motion to extend time to answer or otherwise plead to Plaintiffs' Complaint and states in support as follows:

1.     This is a civil rights matter brought under 42 U.S.C. §1983 arising out of a land use and zoning dispute.

2.     Acceptances of service were made by the Union Township Defendants on November 8, 2000 and November 9, 2000, making the earliest response to Plaintiffs' Complaint due on or before November 28, 2000. Undersigned counsel was just recently

retained to represent the Union Township Defendants and is in need of additional time to review this matter, consult with his clients, and file the appropriate response to Plaintiffs' Complaint.

3. The requested period of 20 days is of short duration and will not prejudice any parties' substantive rights in this matter.

4. Plaintiffs' counsel, Teri Himebaugh, has been contacted and Ms. Himebaugh concurs in the requested extension.

WHEREFORE, Defendants, Union Township, Union Township Board of Supervisors, Supervisor Barry L. Swanger, Supervisor Kenneth A. Kindt, Supervisor David A. Carbaugh, Zoning Officer Donald Tshudy, and Zoning Officer Wilson Jones, respectfully request that this Court grant them a 20-day extension of time to answer or otherwise plead to the averments of Plaintiffs' Complaint.

Respectfully submitted,

LAVERY, FAHERTY,
YOUNG & PATTERSON, P.C.

Date: 11/22/00

By: _____
Frank J. Lavery, Jr., Esquire
Attorney I.D. #42370
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorney for Defendants
Union Township, Union Township Board
of Supervisors, Supervisor Barry L. Swanger,
Supervisor Kenneth A. Kindt, Supervisor David A.
Carbaugh, Zoning Officer Donald Tshudy, and
Zoning Officer Wilson Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FROMPOVICZ, t/a FAR AWAY SPRINGS,<br>        Plaintiffs | :<br>: NO. 1:CV00-1750<br>:<br>: |
| v. | : |
| UNION TOWNSHIP, UNION TOWNSHIP BOARD OF SUPERVISORS, SUPERVISOR BARRY L. SWANGER, SUPERVISOR KENNETH A. KINDT, SUPERVISOR DAVID A CARBAUGH, ZONING OFFICER DONALD TSHUDY, ZONING OFFICER WILSON JONES, and DAVID MILLER/ ASSOCIATES, INC.,<br>        Defendants | :<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF CONCURRENCE

I, Frank J. Lavery, Jr., Esquire, hereby certify that I am counsel for Defendants, Union Township, Union Township Board of Supervisors, Supervisor Barry L. Swanger, Supervisor Kenneth A. Kindt, Supervisor David A. Carbaugh, Zoning Officer Donald Tshudy, and Zoning Officer Wilson Jones, and that I have contacted Plaintiffs' counsel, Teri Himebaugh, concerning the within motion and that Ms. Himebaugh concurs with the extension requested.

Respectfully submitted,

LAVERY, FAHERTY,
YOUNG & PATTERSON, P.C.

Date: 11/22/00         By: _____
Frank J. Lavery, Jr., Esquire
Attorney I.D. #42370
P.O. Box 1245
Harrisburg, PA 17108-1245/(717) 233-6633
Attorney for Defendants: Union Township, Union Township Board of Supervisors, Supervisor Barry L. Swanger, Supervisor Kenneth A. Kindt, Supervisor David A. Carbaugh, Zoning Officer Donald Tshudy, and Zoning Officer Wilson Jones

## CERTIFICATE OF SERVICE

I, Kelly Ann Guyer, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 22nd day of November, 2000, I served a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME via U.S. First Class mail, postage prepaid, addressed as follows:

Teri B. Himebaugh, Esquire
220 Stallion Lane
Schwenksville, PA  19473

_____
Kelly Ann Guyer