NOV.-20'00(MON) 16:48   POWELL TRACHTMAN         TEL:610 354 9469        P.004
From: Wortley/Poole Prof.   215-5646975        Page 18 of 25        11/07/00 08:38

ZONING OFFICER DONALD TSHUDY  )
Municipal Building            )
RD #1                         )           00-1750
Jonestown, Pennsylvania 17038 )
                              )
ZONING OFFICER WILSON JONES   )                    FILED
Municipal Building            )                  HARRISBURG
RD #1                         )
Jonestown, Pennsylvania 17038 )                  NOV 27 2000
                              )
DAVID MILLER/ASSOCIATES, INC. )              MARY E. D'ANDREA, CLERK
1976 Cenerville Road          )              Per_____
Lancaster, PA 17601           )                    DEPUTY CLERK

## ACKNOWLEDGMENT OF RECEIPT OF
## SUMMONS AND COMPLAINT

I, _____ declare, under penalty of perjury, that I am the below named defendant or I have authority by that Defendant to accept and acknowledge receipt of service of the attached summons and complaint in the above captioned matter.

_____
Gunther O. Carrle, Attorney for
David Miller/Associates, Inc.

11/20/00
_____
Date

Gunther O. Carrle, Esquire
Powell Trachtman Logan Carrle
  Bowman & Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA  19406
610-354-9700 / Fax 610-354-9760
Attorney for David Miller/Associat

*LAW OFFICE OF*

# TERI B. HIMEBAUGH
*J.D., L.l.M.*

*220 STALLION LANE*
*SCHWENKSVILLE, PA 19473*

*(610) 287-0216*
*FAX (610) 287-3935*

November 22, 2000

U.S. District Court
Middle District of Pennsylvania
Clerks Office
P.O. Box 11877
Harrisburg, PA 17108-1877

        RE: <u>Frompovich v. Union Township, David Miller/Associates et.al.</u>
            1:CV-00-1750

Dear Sir or Madam:

Please find enclosed for filing the executed Acknowledgement of Receipt of Summons and Complaint from the remaining defendant, David Miller/Associates. Kindly note this on the docket for purposes of establishing a due date for receipt of defendants Answer to the Complaint. Thank you.

Sincerely,

Teri B. Himebaugh, Esq.

Case 1:00-cv-01750-WWC    Document 6    Filed 11/27/2000    Page 3 of 3

NOV.-20'00(MON) 16:48    POWELL TRACHTMAN    TEL:610 354 9469    P. 003
From: Wortley/Poole Prof.    215 5645975    Page 19 of 25    11/07/00 08:38

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG
NOV 27 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS, Of RD #2, Box 4418 Jonestown, Pennsylvania 17038<br><br>Vs.<br><br>UNION TOWNSHIP Municipal Building RD #1 Jonestown, Pennsylvania 17038<br><br>UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038<br><br>SUPERVISOR BARRY L. SWANGER UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038<br><br>SUPERVISOR KENNETH A. KINDT UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038<br><br>SUPERVISOR DAVID A. CARBAUGH UNION TOWNSHIP BOARD OF SUPERVISORS Municipal Building RD #1, Box 1940 Jonestown, Pennsylvania 17038 | CIVIL ACTION NO. 00-1750 |