See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FROMPOVICZ, t/a FAR AWAY SPRINGS, <br> Plaintiffs <br><br> v. <br><br> UNION TOWNSHIP, UNION TOWNSHIP BOARD OF SUPERVISORS, SUPERVISOR BARRY L. SWANGER, SUPERVISOR KENNETH A. KINDT, SUPERVISOR DAVID A CARBAUGH, ZONING OFFICER DONALD TSHUDY, ZONING OFFICER WILSON JONES, and DAVID MILLER/ ASSOCIATES, INC., <br> Defendants | NO. 1:CV00-1750 <br><br> JURY TRIAL DEMANDED <br><br> **FILED** <br> HARRISBURG, PA <br><br> NOV 2 9 2000 <br><br> MARY E. D'ANDREA, CLERK <br> Per _____ <br> Deputy Clerk |

### ORDER

AND NOW, this 29th day of November, 2000, upon consideration of the within Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants, Union Township, Union Township Board of Supervisors, Supervisor Barry L. Swanger, Supervisor Kenneth A. Kindt, Supervisor David A. Carbaugh, Zoning Officer Donald Tshudy, and Zoning Officer Wilson Jones, shall have until December 18, 2000 to answer or otherwise plead to Plaintiffs' Complaint.

BY THE COURT:

_William W. Caldwell_
J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 29, 2000

Re:  1:00-cv-01750   Frompovicz v. Union Township

True and correct copies of the attached were mailed by the clerk to the following:

Teri B. Himebaugh, Esq.
220 Stallion Ln.
Schwenksville, PA  19473

Frank J. Lavery Jr., Esq.
LAVERY & KAIN
P.O. Box 1245
Harrisburg, PA  17108-1245

```
cc:
Judge                           ( / )
Magistrate Judge                (   )
U.S. Marshal                    (   )
Probation                       (   )
U.S. Attorney                   (   )
Atty. for Deft.                 (   )
Defendant                       (   )
Warden                          (   )
Bureau of Prisons               (   )
Ct Reporter                     (   )
Ctroom Deputy                   (   )
Orig-Security                   (   )
Federal Public Defender         (   )
Summons Issued                  (   ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             (   )
Order to Show Cause             (   ) with Petition attached & mailed certified mail
                                      to: US Atty Gen  ( )   PA Atty Gen ( )
                                          DA of County ( )   Respondents ( )
Bankruptcy Court                (   )
Other_____    (   )
```

MARY E. D'ANDREA, Clerk

DATE: _____11/29/00_____           BY: _____
                                            Deputy Clerk