IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ, t/a FAR AWAY SPRINGS<br><br>v.<br><br>UNION TOWNSHIP,<br>UNION TOWNSHIP BOARD OF SUPERVISORS,<br>SUPERVISOR BARRY L. SWANGER<br>UNION TOWNSHIP BOARD OF SUPERVISORS,<br>SUPERVISOR KENNETH A. KINDT<br>UNION TOWNSHIP BOARD OF SUPERVISORS,<br>SUPERVISOR DAVID A. CARBAUGH<br>UNION TOWNSHIP BOARD OF SUPERVISORS,<br>ZONING OFFICER DONALD TSHUDY,<br>ZONING OFFICER WILSON JONES,<br>DAVID MILLER/ASSOCIATES, INC. | Civil Action No. 00-1750<br><br>FILED<br>HARRISBURG<br><br>JAN 5 - 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

**ENTRY OF APPEARANCE ON BEHALF OF**
**DEFENDANT, DAVID MILLER ASSOCIATES, INC.'S**

Kindly enter our appearance on behalf of Defendant David Miller Associates, Inc. in the above-captioned matter.

By: _____
Jonathan K. Hollin, Esquire
Attorney I.D. No. 36660
Gunther O. Carrle, Esquire,
Attorney I.D. No. 32134
POWELL, TRACHTMAN, LOGAN, CARRLE,
BOWMAN & LOMBARDO
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(610) 354-9760/Fax (610) 354-9760

Attorneys for Defendant David Miller Associates, Inc.

KOP:180318.13445-03

 

## CERTIFICATE OF SERVICE

I, Jonathan K. Hollin, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance on behalf of Defendant, David Miller Associates was served via first class mail, postage prepaid upon the following:

        Teri B. Himebaugh, Esquire
        Law Offices of Teri B. Himebaugh
        220 Stallion Lane
        Schwenksville, PA 19473

        James D. Young, Esquire
        Frank J. Lavery, Jr., Esquire
        Lavery, Faherty, Young & Patterson, P.C.
        The Kunkel Building
        301 Market Street, Suite 800
        P.O. Box 1245
        Harrisburg, PA 17108-1245

By: _____
     Jonathan K. Hollin, Esquire
     Attorney I.D. No. 36660
     Gunther O. Carrle, Esquire,
     Attorney I.D. No. 32134

     POWELL, TRACHTMAN, LOGAN, CARRLE,
     BOWMAN & LOMBARDO
     475 Allendale Road, Suite 200
     King of Prussia, PA 19406
     (610) 354-9760/Fax (610) 354-9760

     Attorneys for Defendant David Miller Associates, Inc.

Date: January 2, 2001