> to cu

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ ) ) ) ) | |
| V. ) ) ) | NO. 1:CV00-1750 |
| UNION TOWNSHIP ) UNION TOWNSHIP BOARD OF SUPERVISORS ) SWANGER, KINDT, CARBAUGH, TSHUDY, ) JONES and DAVID MILLER/ASSOCIATES, ) INC. ) | J. Caldwell  FILED HARRISBURG JAN 2 2 2001 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |

**MOTION TO EXTEND DEADLINES FOR SUBMISSION OF PLAINTIFFS'
RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs, by and through counsel of record, Teri B. Himebaugh, do hereby motion this honorable court to grant an extension in which to file a Response to the Union Township Defendants' Motion to Dismiss.

Plaintiffs' Response is currently due on or before January 22, 2001. Plaintiffs are requesting that the Response now be due on January 26, 2001, which is only 4 days beyond the current deadline. Said extension is necessary in order to permit plaintiff's counsel and co-counsel adequate time to confer with the client and obtain any necessary documentation that will need to be appended to the Response. Said extension will not prejudice the parties.

Plaintiff's counsel has spoken with counsel for the Union Township Defendants and David Miller/Associates and they concur in the instant Motion.

WHEREFORE, plaintiffs respectfully request that the court grant their motion for an extension to file a Response to the Union Township Defendants' Motion.

Respectfully submitted,

*Teri B. Himebaugh*

Teri B. Himebaugh, Esq.

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

  The undersigned counsel for Plaintiffs hereby certifies pursuant to 18 Pa.C.S. 4904 that a true and correct copy of the attached Motion for an Extension to file a Response to Defendants' Motion to Dismiss has been mailed first class, postage prepaid this 16th day of January, 2001 upon the following:

U.S. District Court
Middle District of Pennsylvania
Federal Bld. Room 1060
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108=0983

James Young, Esq.
Lavery, Faherty, Young
301 Market Street #800
P.O. Box 1245
Harrisburg, PA 17108
Counsel for Union Township

Mr. Jonathan K. Hollin, Esq.
Powell, Trachtman, Logan, Carrle
475 Allendale Rd. Suite 200
King of Prussia, PA 19406
Counsel for David Miller/Associates

_____
Teri B. Himebaugh, Esq.
220 Stallion Lane
Schwenksville, PA 19473
(610) 287-0216
PA ID 53603