IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., CAROL FRAMPOVICZ ) ) ) ) | |
| V. ) ) ) | NO. 1:CV00-1750 |
| UNION TOWNSHIP ) UNION TOWNSHIP BOARD OF SUPERVISORS ) SWANGER, KINDT, CARBAUGH, TSHUDY, ) JONES and DAVID MILLER/ASSOCIATES, ) INC. ) | FILED HARRISBURG, PA JAN 2 2 2001 MARY E. D'ANDREA, CLERK PER_____ DEPUTY CLERK |

### ORDER

AND NOW this 22nd day of January 2001, upon consideration of the Plaintiffs Motion to extend deadlines for submission of Plaintiffs' Response to the Union Township Defendants' Motions to Dismiss, it is hereby ORDERED that said Motion is GRANTED.

Plaintiff shall have until January 26, 2001 to file a Response to said motion.

BY THE COURT:

William W. Caldwell
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re:   1:00-cv-01750    Frompovicz v. Union Township


True and correct copies of the attached were mailed by the clerk to the following:

    Teri B. Himebaugh, Esq.
    220 Stallion Ln.
    Schwenksville, PA   19473

    Frank J. Lavery Jr., Esq.
    LAVERY & KAIN
    P.O. Box 1245
    Harrisburg, PA   17108-1245

    Jonathan K. Hollin, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA   19406

    Gunther O. Carrle, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA   19406


cc:
Judge                       (✓)
Magistrate Judge            ( )
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )

| | | |
|---|---|---|
| Summons Issued | ( ) | with N/C attached to complt. and served by: |
| | | U.S. Marshal ( )    Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail |
| | | to:  US Atty Gen    ( )    PA Atty Gen ( ) |
| | | DA of County  ( )    Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other_____ | ( ) | |

MARY E. D'ANDREA, Clerk

DATE: _____1-22-01_____          BY: _____
                                        Deputy Clerk