

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Stanley F. Frompovicz, Jr. v.           CASE NO: 1:CV-00-1750
Union Township, et al.

DATE: April 17, 2001

Hon. William W. Caldwell   presiding   in chambers   in   Harrisburg, PA
Nature of Hearing   Case Management Conference
Time Commenced   3:15 p.m.   Time Terminated   3:30

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Terri B. Himebaugh, Esquire | | ~~Frank J. Lavery, Jr., Esq., all but Miller~~ |
| | | James D. Young, Esq. - all but Miller |
| | | ~~Gunther O. Carrle, Esq. - Miller~~ |
| | | Jonathan K. Hollin, Esq. - Miller |

FILED
HARRISBURG, PA

APR 17 2001

☑ See Order

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

REMARKS:

Continue remarks and notes on back.