*seal*

22
4/18/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
STANLEY F. FROMPOVICZ, JR.,         :
CAROL FROMPOVICZ,
t/a FAR AWAY SPRINGS,               :
         Plaintiffs
                                    :
     vs.                                CIVIL ACTION NO. 1:CV-00-1750
                                    :
UNION TOWNSHIP, UNION TOWNSHIP
BOARD OF SUPERVISORS,               :
SUPERVISOR BARRY L. SWANGER,
SUPERVISOR KENNETH A. KINDT,        :
SUPERVISOR DAVID A. CARBAUGH,
ZONING OFFICER DONALD TSHUDY,       :
ZONING OFFICER WILSON JONES,
DAVID MILLER/ASSOCIATES, INC.,      :
         Defendants
```

FILED
HARRISBURG, PA

APR 1 7 2001

MARY E. D'ANDREA, CLERK
PER _____
       DEPUTY CLERK

O R D E R

AND NOW, this 17th day of April, 2001, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a)  Discovery shall be completed by August 31, 2001.  The parties shall identify any expert witnesses and shall provide reports promptly.  Plaintiff's report is due by August 31, 2001, and defendant's report is due by September 28, 2001.  Supplementations, if any, are due by October 15, 2001.  (This case is on the standard track).

    b)  Motions for joinder of parties shall be filed by April 30, 2001.  Motions to amend pleadings shall be filed by June 29, 2001.

    c)  All pre-trial motions shall be filed by October 1, 2001, accompanied by a supporting brief.  All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

AO 72A
(Rev 8/82)

      d)  This case shall be placed on the December, 2001 trial list of this court, scheduling order to follow.  Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established.  Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

                                                                  /s/ William W. Caldwell  
                                                    William W. Caldwell  
                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 17, 2001

Re:  1:00-cv-01750   Frompovicz v. Union Township

True and correct copies of the attached were mailed by the clerk to the following:

Teri B. Himebaugh, Esq.
220 Stallion Ln.
Schwenksville, PA   19473

Frank J. Lavery Jr., Esq.
LAVERY & KAIN
P.O. Box 1245
Harrisburg, PA   17108-1245

Jonathan K. Hollin, Esq.
Powell, Trachtman, Logan
Carrie, Bowman & Lombardo, P.C.
475 Allendale Road
Suite 200
King of Prussia, PA   19406

Gunther O. Carrle, Esq.
Powell, Trachtman, Logan
Carrie, Bowman & Lombardo, P.C.
475 Allendale Road
Suite 200
King of Prussia, PA   19406

cc:
Judge                            ( )
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )

( ) Pro Se Law Clerk
( ) INS
( ) Jury Clerk