*See Attachment* (28) 8-21-01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., : <br> CAROL FROMPOVICZ, <br> t/a FAR AWAY SPRINGS, : <br>      Plaintiffs <br>                  : <br>      vs. <br>                  : <br> UNION TOWNSHIP, UNION TOWNSHIP <br> BOARD OF SUPERVISORS, : <br> SUPERVISOR BARRY L. SWANGER, <br> SUPERVISOR KENNETH A. KINDT, : <br> SUPERVISOR DAVID A. CARBAUGH, <br> ZONING OFFICER DONALD TSHUDY, : <br> ZONING OFFICER WILSON JONES, <br> DAVID MILLER/ASSOCIATES, INC., : <br>      Defendants | CIVIL ACTION NO. 1:CV-00-1750 <br><br> FILED <br> HARRISBURG, PA <br><br> AUG 20 2001 <br><br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy Clerk |

O R D E R

AND NOW, this 20th day of August, 2001, upon consideration of a joint motion for enlargement of time, it is Ordered that said motion is granted. The April 17, 2001 case management order is revised as follows:

    1) Discovery shall be completed by November 30, 2001. Plaintiffs' expert report is due by November 30, 2001 and defendants' report is due by December 31, 2001. Supplementations, if any, are due by January 15, 2001.

    2) All pre-trial motions shall be filed by December 31, 2001, accompanied by a supporting brief.

AO 72A
(Rev 8/82)

      3. This case is placed on the May 2002 trial list of the court, scheduling order to follow.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 20, 2001

Re: 1:00-cv-01750    Frompovicz v. Union Township

True and correct copies of the attached were mailed by the clerk to the following:

    Teri B. Himebaugh, Esq.
    220 Stallion Ln.
    Schwenksville, PA  19473

    Frank J. Lavery Jr., Esq.
    LAVERY & KAIN
    P.O. Box 1245
    Harrisburg, PA  17108-1245

    Jonathan K. Hollin, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA  19406

    Gunther O. Carrle, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA  19406

```
cc:
Judge                       (✓)        ( ) Pro Se Law Clerk
Magistrate Judge            ( )        ( ) INS
U.S. Marshal                ( )        ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 (✓)
Ctroom Deputy               (✓)
Orig-Security               ( )
Federal Public Defender     ( )
```

```
Summons Issued              ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen    ( )   PA Atty Gen ( )
                                       DA of County   ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____  ( )
                                                        MARY E. D'ANDREA, Clerk

DATE:    8/20/01                              BY: _____
                                                       Deputy Clerk
```