IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY F. FROMPOVICZ, JR., | : | |
| CAROL FRAMPOVICZ, t/a | : | |
| FAR AWAY SPRINGS, | : | |
| Plaintiffs | : | NO. 1: CV-00-1750 |
| | : | |
| v. | : | (HON. JUDGE CALDWELL) |
| | : | |
| UNION TOWNSHIP | : | |
| UNION TOWNSHIP BOARD OF | : | |
| SUPERVISORS et. al. | : | |
| Defendants | : | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
NOV 2 6 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 26th day of November, 2001, in response to the Motion for Enlargement of Time in this matter IT IS ORDERED THAT:

    a)    Discovery shall be completed by December 31, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by December 31, 2001, and defendant's report is due by January 31, 2002. Supplementation, if any, are due by February 15, 2002. (This case is on the standard track).

    b)    All pre-trial motions shall be filed by January 31, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    c)    This case shall remain on the May 2002 trial list of this court, scheduling order to follow.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 26, 2001

Re:  1:00-cv-01750   Frompovicz v. Union Township

True and correct copies of the attached were mailed by the clerk
to the following:

    Teri B. Himebaugh, Esq.
    220 Stallion Ln.
    Schwenksville, PA   19473

    Frank J. Lavery Jr., Esq.
    LAVERY & KAIN
    P.O. Box 1245
    Harrisburg, PA   17108-1245

    Jonathan K. Hollin, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA   19406

    Gunther O. Carrle, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA   19406

cc:
Judge                       (✓)           ( ) Pro Se Law Clerk
Magistrate Judge            ( )           ( ) INS
U.S. Marshal                ( )           ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )

```
Summons Issued            ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5       ( )
Order to Show Cause       ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                          DA of County  ( )   Respondents  ( )
Bankruptcy Court          ( )
Other_____( )
                                                        MARY E. D'ANDREA, Clerk

DATE: _____11/26/01_____                    BY: _____
                                                        Deputy Clerk
```