See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY F. FROMPOVICZ, JR., | : | |
| CAROL FRAMPOVICZ, t/a | : | |
| FAR AWAY SPRINGS, | : | |
| Plaintiffs | : | NO. 1: CV-00-1750 |
| | : | |
| v. | : | (HON. JUDGE CALDWELL) |
| | : | |
| UNION TOWNSHIP | : | |
| UNION TOWNSHIP BOARD OF | : | |
| SUPERVISORS et. al. | : | |
| Defendants | : | JURY TRIAL DEMANDED |

### ORDER

AND NOW, this 27th day of December, 2001, in response to the Motion to Amend the Case Management Order in this matter IT IS ORDERED THAT:

This case is placed on a deferred trial calendar. Current discovery, expert and dispositive motions deadlines are suspended during the pendancy of Special Exception proceedings related to the use of Plaintiffs' property for intensive animal husbandry before the Union Towndhip Zoning Hearing Board, and for thirty days thereafter. IT IS FURTHER ORDERED that the Plaintiffs shall provide the Court with a report on the status of the Zoning Hearing Board proceedings every thirty days until they are completed.

William W. Caldwell
United States District Judge

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                     December 27, 2001
```

Re:  1:00-cv-01750   Frompovicz v. Union Township


True and correct copies of the attached were mailed by the clerk to the following:

```
    Teri B. Himebaugh, Esq.
    220 Stallion Ln.
    Schwenksville, PA   19473

    Thomas W. Scott, Esq.
    Killian & Gephart
    218 Pine St.
    P. O. Box 886
    Harrisburg, PA   17108

    Frank J. Lavery Jr., Esq.
    LAVERY & KAIN
    P.O. Box 1245
    Harrisburg, PA   17108-1245

    Jonathan K. Hollin, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA   19406

    Gunther O. Carrle, Esq.
    Powell, Trachtman, Logan
    Carrie, Bowman & Lombardo, P.C.
    475 Allendale Road
    Suite 200
    King of Prussia, PA   19406
```

```
cc:
Judge                          (✓)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              (✓)
Ct Reporter                    (✓)
Ctroom Deputy                  (✓)
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )    PA Atty Gen ( )
                                       DA of County ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____           ( )
                                                MARY E. D'ANDREA, Clerk


DATE:  12/27/01                              BY:  _____
                                                  Deputy Clerk
```