IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., | : |
| CAROL FRAMPOVICZ, t/a | : |
| FAR AWAY SPRINGS, | : |
|     Plaintiffs | :    NO. 1: CV-00-1750 |
| | : |
| v. | :    (HON. JUDGE CALDWELL) |
| | : |
| UNION TOWNSHIP | : |
| UNION TOWNSHIP BOARD OF | : |
| SUPERVISORS et. al. | : |
|     Defendants | :    JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL

AND NOW this 13th day of August, 2002, the Clerk is directed to mark this case settled and discontinued with prejudice and to close the file.

By the Court,

*William W. Caldwell*
J.

FILED
AUG 13 2002
PER ____
HARRISBURG, PA.   DEPUTY CLERK