ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 1 3 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

STANLEY F. FROMPOVICZ, JR., :
CAROL FRAMPOVICZ, t/a :
FAR AWAY SPRINGS, :
      Plaintiffs : NO. 1: CV-00-1750
       :
v. : (HON. JUDGE CALDWELL)
       :
UNION TOWNSHIP :
UNION TOWNSHIP BOARD OF :
SUPERVISORS et. al. :
      Defendants : JURY TRIAL DEMANDED

### STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, all of the parties to this action request the Court to enter an Order dismissing the case with prejudice.

Respectfully submitted,

_____
Thomas W. Scott, Esquire
**Killian & Gephart, LLP**
218 Pine Street
P. O. Box 886
Harrisburg, PA 17108
(717) 232-1851
Attorney I. D. #15681

Attorneys for Plaintiffs,
Stanley F. Frompovicz, Jr., Carol
Frompovicz, t/a Far Away Springs

Dated: August 2, 2002

Respectfully submitted,

_____
Frank J. Lavery, Jr., Esquire
**Lavery, Faherty, Young & Patterson, P.C.**
The Kunkel Building
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633

Attorneys for Defendants,
Union Township, Union Township
Board of Supervisors

Dated: August 6, 2002

Respectfully submitted,

_____
Jonathan K. Hollin, Esquire
**Powell, Trachtman, Logan, Carrle,
Bowman & Lombardo**
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(610) 354-9700

Attorneys for David Miller Associates, Inc.

Dated: August 8, 2002

3